UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLINA CARTIER, as beneficiary to the Estate of Delores Tilley,

Plaintiff,

v.

STATE FARM FIRE & CASUALTY COMPANY,

Defendant.

CASE NO. C25-768RSM

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER

This matter comes before the Court on the parties' Stipulated Protective Order, Dkt. #18.

"The court may enter a proposed stipulated protective order as an order of the court if it adequately and specifically describes the justification for such an order, it is consistent with court rules, it does not purport to confer blanket protection on all disclosures or responses to discovery, its protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles, and it does not presumptively entitle the parties to file confidential information under seal." LCR 26(c)(2).

The Court finds that the proposed protective order fails to conform to the above requirements. Under the section entitled Confidential Material, the Court's Model Protective Order instructs: "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" The instant proposed protective order lists as confidential, *inter alia*: "[c]laims training and procedure manuals and other materials that contain trade secret,

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 1

confidential, internal-use only, and/or proprietary research, development, and/or commercial information of State Farm;" and "other proprietary, confidential, competitively sensitive, internal-use only, non-public material of a sensitive or proprietary nature, reinsurance, or trade secret information of State Farm and its related entities, financial information, training materials, and contracts or agreements with third parties." *Id*.

The Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential. The parties have not followed the Court's suggestion to list specific documents and instead include vague categories such as "other materials," "internal-use only" and "commercial information of State Farm." Dkt. #18 at 2. These are essentially the same as "sensitive business material," something that is specifically called out in the model order for being overly broad. The proposed order improperly includes a catch-all provision that permits the attorneys to label as confidential anything that the parties say is "confidential." The parties submit no argument to justify a departure from the model protective order's guidelines. Accordingly, this Motion will be denied.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion for Protective Order, Dkt. #18, is DENIED. The Court advises the parties to come up with a narrower list of confidential documents and to re-submit this motion.

DATED this 6th day of May, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 2