UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLINA CARTIER, as beneficiary to the Estate of Delores Tilley,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>Defendant. | No. 2:25-cv-00768-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT WITH PREJUDICE |

## I.      STIPULATION

The undersigned parties stipulate that all claims and causes of action in the above matter should be dismissed with prejudice and that the Order below dismissing all claims and causes of action with prejudice and without an award of fees or cost may be entered.

Dated this 1st day of July, 2026.

CLYDE & CO US LLP

s/Ryan J. Hesselgesser
Ryan J. Hesselgesser, WSBA #40720
Mehreen Nadeem, WSBA#60997
*Attorneys for Defendant State Farm Fire and Casualty Company*

Dated this 17th day of June, 2026.

PILLAR LAW, PLLC

s/Seth E. Millstein, per email authorization
Seth E. Millstein, WSBA #34627
*Attorneys for Plaintiff*

Dated this 17th day of June, 2026.

AXION LAW GROUP, PLLC

*s/Eric S. Chavez, per email authorization*
Eric S. Chavez, WSBA #41676
*Attorneys for Plaintiff*

## II.  ORDER

THIS MATTER having come before the above-entitled court on the stipulation of the undersigned parties, now, therefore it is ORDERED that all claims and causes of action in the above matter shall be dismissed with prejudice and without an award of attorney fees or cost to either party, thereby terminating this matter in its entirety.  This case is CLOSED.

DATED this 2nd day of July, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANT WITH PREJUDICE – 2